FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 31 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**

**Case No. 1:09-CR-567-ODE**

**EARL LAMONT SMITH**
61595-019

**Defendant's Attorney:**
**Michael R. Duponte**

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant pleaded guilty to Count(s) One of the Information.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC Sec. 641 | Theft of Government Property | One |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$ 100.00** which shall be due immediately.

***IT IS FURTHER ORDERED*** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. XXX-XX-3515
Defendant's Date of Birth: 1971
Defendant's Mailing Address:
Douglasville, GA

Date of Imposition of Sentence: March 24, 2010

Signed this the 31 day of March, 2010.

[signature]
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **EIGHTEEN (18)MONTHS**.

The Court recommends that the Bureau of Prisons designate the Prison Camp at Atlanta, Ga.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 P.M. on a date to be set by the Bureau of Prisons, but no earlier than May 10, 2010..

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 25 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ VS on 5/14/10 to JR

at Pensacola, FL, with a certified copy of this judgment.

UNITED STATES MARSHAL

By: [signature] SCSS

Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS.**

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1 The defendant shall pay any financial obligation (restitution, fine special assessment) that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release at the monthly rate of $200.00.

2. The defendant shall participate in DNA testing if directed to do so by the probation officer.

3. The defendant shall make a full and complete disclosure of his finances and submit to an audit of his financial documents, at the request of the Probation Office.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

5. The defendant shall not own, possess or have under his control a firearm, dangerous weapon, or other destructive device.

6. The defendant shall submit to a search of his person, property, residence and/or vehicle at the request of the U. S. Probation Officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;

2. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. the defendant shall support his or her dependents and meet other family responsibilities;

5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. the defendant shall notify the probation officer within **72** hours of any change in residence or employment;

7. the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. the defendant shall notify the probation officer within **72** hours of being arrested or questioned by a law enforcement officer;

12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## RESTITUTION

The defendant shall make restitution in the total amount of $163,330 to the following agencies in the following amounts:

| <u>Name of Payee</u> | <u>Amount of Restitution</u> |
|---|---|
| **Department of Health and Human Services**<br>Attn: Barbara Harris<br>Executive Park, Building 12<br>Room 1039, MS-D16<br>Atlanta, Georgia 30329 | $81,665 |
| **National Aeronautical and Space Administration**<br>NASA Shared Services Center (NSSC)- FMD Accts. Receivable<br>Attn: For the Accounts of Goddard Space Center<br>Bldg. 1111, C Road Stennis Space Center, MS 39529 | $3,266 |
| **Veterans Administration**<br>U.S. Dept. Veterans Affairs, VAMC Atlanta<br>Attn: Pamela Watkins (508/04)<br>1670 Clairmont Road<br>Atlanta, Georgia 30033 | $24,500 |
| **Department of Transportation**<br>Federal Highway Administration<br>Attn: AMZ-300<br>6500 South MacArthur Blvd.<br>Oklahoma, OK 73169 | $4,899 |
| **United States Air Force**<br>United States Treasury<br>Attn: TSGT. Bankston<br>100 Kindel Drive, Suite A307<br>Arnold AFB, TN 37389 | $49,000 |

The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the restitution that is not paid in full at the time of the defendant's release from imprisonment shall be come a condition of supervision and be paid at the monthly rate of $200.00

**Virden , Ronnie (USMS)**

---

**From:** ganddb_efile_notice@gand.uscourts.gov

**Sent:** Wednesday, March 31, 2010 1:48 PM

**To:** CourtMail@gand.uscourts.gov

**Subject:** Activity in Case 1:09-cr-00567-ODE USA v. Smith Judgment and Commitment

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 3/31/2010 at 2:48 PM EDT and filed on 3/31/2010
**Case Name:** USA v. Smith
**Case Number:** 1:09-cr-567
**Filer:**
**Document Number:** 10

**Docket Text:**
**JUDGMENT AND COMMITMENT as to Earl Lamont Smith (1). Count 1: CBOP, 18 MONTHS. 3 Years Supervised Release with special and standard conditions of release. Restitution of $163,330.00; see J&C for specifics. $100.00 Special Assessment. The Defendant shall surrender for service of sentence at the institution designated by the BOP before 2:00 p.m. on a date to be set by the BOP, but no earlier than May 10, 2010. The Court recommends that the BOP designate the Prison Camp at Atlanta, GA as the place of service for this sentence. Signed by Judge Orinda D. Evans on 3/31/2010. -- Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (ank)**

**1:09-cr-567-1 Notice has been electronically mailed to:**

John A. Horn john.horn@usdoj.gov, alysun.laskowski@usdoj.gov, yvette.comer@usdoj.gov

Michael R. Duponte Dupontelaw@Hotmail.com

**1:09-cr-567-1 Notice has been delivered by other means to:**

Earl Lamont Smith(Terminated)
3523 Aberdeen Way
Douglasville, GA 30`35

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/31/2010] [FileNumber=3612591-0
] [3463c7e1245ba29be7f6ab49daa145150c5204b149273f7a08b114acf0993262b16
28d340079334df04cc6f6a0521f9fb2d5188ac0c995ba5dd3fa53cc0efe11]]