UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 05 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

USA
Plaintiff,

v.

Case Number: 1:09-CR-567-TWT

EARL LAMONT SMITH
Defendant.

**Official Withdrawal of Motion** 9/5/2025

1:09-CR-567

I, Earl Lamont Smith withdraw the motion for request to remit my federal restitution. The matter has been resolved by the Justice Department on 9/2/2025. No further action needs to be taken.

Signed:

[signature]

Outlook

**USA v. Earl Smith 1:09-CR-567**

**From** Leo, Vanessa (USAGAN) <Vanessa.Leo@usdoj.gov>
**Date** Tue 9/2/2025 1:12 PM
**To** ELSmith27@hotmail.com <ELSmith27@hotmail.com>

1 attachment (122 KB)
109CR567 CASE REPORT ADJUSTED (002).pdf;

Good afternoon Mr. Smith,

It was a pleasure speaking to you today. Per our conversation the United States of America has ceased the collection and enforcement of the criminal monetary penalties pursuant to the Order of Clemency signed by President Donald Trump. Additionally, we have requested a refund of any monies not disbursed to victims in the amount of $2,468.31. Attached is the ledger from the Clerk of Court the official record keeper.

## Liability/Debtor View: 2010A52341 Earl L Smith (Resolved-Completed)

**Base View** | Details | Audit | Notes | Debtor | Finance | Payment Plans | Credit Reports | Contacts | Attachments | Search Tag:

Debt View

Debtor View

### Debt Information

| | |
|---|---|
| Debt Status | C |
| Office | USAO |
| District | GAN |
| CDCS Number | 2010A52341 |
| Class | R |
| SubAgency | JUFB |
| Agency Number | 70B-AT-103167 |
| Debt Technician | RD |
| Debt Owner | RACHEL.DURHAM@USDOJ.GOV |

### Liability Information

| | | |
|---|---|---|
| Liability Balance | | $0.00 |
| Payment Amount | | $200.00 |
| Payment Due Date | | |
| Last Payment Amount | | $4.33 |
| Last Payment Date | 05/02/2025 | |
| Total Overdue Amount | | $4,200.00 |
| Last Accrual Date | 05/02/2025 | |
| Daily Accrual Rate | | $0.00 |
| Receipted Payment(s) | | $0.00 |
| Today's Balance | | $0.00 |

Please feel free to contact with questions.

Vanessa A. Leo
U.S. Department of Justice| Money Laundering and Asset Recovery Section
Email: Vanessa.Leo@usdoj.gov
(404) 581-6037